**Office of the Attorney General**
**State of Texas**

**DAN MORALES**
ATTORNEY GENERAL

THE OPINION "O-1669" MUST BE REQUESTED FROM TEXAS STATE LIBRARY
AND ARCHIVES 201 BRAZOS, ROOM 100, AUSTIN, TEXAS.  PHONE: 463-5480.

512/463-2100          P.O. BOX 12548          AUSTIN, TEXAS 78711-2548